IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARQUS HAMWRIGHT, D.O.,<br><br>        Defendant. | Civil No. 07-4961 (JEI) |

## AMENDED SCHEDULING ORDER

IT IS this **22nd** day of **July, 2008,** hereby **ORDERED:**

1. The Final Pretrial Conference previously scheduled for July 31, 2008 is postponed and will be rescheduled, if necessary, after the outstanding motions for summary judgment are decided.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER** F$_{ED}$. R. C$_{IV}$. P. **16(f).**

                                              s/ Joel Schneider
                                              JOEL SCHNEIDER
                                              United States Magistrate Judge