IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HONORABLE JOSEPH E. IRENAS |
| | : | |
| Plaintiff, | : | CIVIL ACTION. NO. 07-4961 |
| | : | (JEI) |
| v. | : | |
| | : | **ORDER GRANTING MOTION FOR** |
| MARQUS HAMWRIGHT, | : | **SUMMARY JUDGMENT** |
| | : | |
| Defendant. | : | **(Docket No. 20)** |
| | : | |
| | : | |

**APPEARANCES:**

CHRISTOPHER J. CHRISTIE, UNITED STATES ATTORNEY
By: Leah A. Bynon, Assistant United States Attorney
970 Broad Street
Suite 700
Newark, NJ 07012
      Counsel for Plaintiff

MARQUS HAMWRIGHT, *pro se*
538 Alexander Ave.
Maple Shade, NJ 08052
      Defendant

**IRENAS**, Senior District Judge:

This matter having appeared before the Court on the United States' Motion for Summary Judgment, the Court having considered the United States' submission and Defendant having failed to respond to the Motion, and for the reasons set forth in an Opinion issued on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

**IT IS** on this 12th day of August, 2008,

>     **ORDERED THAT:**

1.  The United States' Motion for Summary Judgment is

    hereby **GRANTED.**


2.  An appropriate Judgment will be entered herewith.


3.  The Clerk of Court is hereby directed to close this

    file.


>                                s/ Joseph E. Irenas
>                           **JOSEPH E. IRENAS, S.U.S.D.J.**